# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>SHAD HANNA'S EAST, INC.<br>   Debtor<br><br>Charles O. Zebley, Jr., Trustee<br>   Movant<br><br>v.<br><br>No Respondents | § Case No. 09-20088-CMB<br>§ Chapter 7<br>§ Document No. |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Charles O. Zebley, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $902,071.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $134,251.80    Claims Discharged Without Payment: N/A

Total Expenses of Administration: $104,059.31

---

    3) Total gross receipts of $ 238,311.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $238,311.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $631,100.12 | $651,152.91 | $60,000.00 | $60,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 79,865.61 | 79,865.61 | 79,865.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 24,193.70 | 24,193.70 | 24,193.70 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 39,688.50 | 133,852.02 | 47,414.71 | 47,414.71 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,830.38 | 83,879.19 | 28,983.63 | 26,837.09 |
| **TOTAL DISBURSEMENTS** | $724,619.00 | $972,943.43 | $240,457.65 | $238,311.11 |

4) This case was originally filed under Chapter 11 on January 07, 2009 and it was converted to Chapter 7 on October 12, 2010. The case was pending for 129 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2021           By: /s/Charles O. Zebley, Jr.
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CLAIM AGAINST DANIEL SOOM & FNB & M&T BANK | 1249-000 | 238,311.11 |
| **TOTAL GROSS RECEIPTS** | | **$238,311.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | TOYOTA MOTOR CREDIT CORPORATION | 4210-000 | 14,769.72 | 4,553.99 | 0.00 | 0.00 |
| 13 | CIENA CAPITAL CORP. FKA BLC REAL ESTATE, LLC | 4110-000 | 616,330.40 | 597,410.77 | 60,000.00 | 60,000.00 |
| 15 | LAWRENCE COUNTY TAX CLAIM BUREAU | 4700-000 | N/A | 49,188.15 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$631,100.12** | **$651,152.91** | **$60,000.00** | **$60,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Charles O. Zebley, Jr. | 2100-000 | N/A | 15,165.56 | 15,165.56 | 15,165.56 |
| Trustee Expenses - Charles O. Zebley, Jr. | 2200-000 | N/A | 141.75 | 141.75 | 141.75 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3120-000 | N/A | 958.12 | 958.12 | 958.12 |
| Attorney for Trustee Fees (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3110-000 | N/A | 6,750.00 | 6,750.00 | 6,750.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.19 | 85.19 | 85.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 250.66 | 250.66 | 250.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 273.04 | 273.04 | 273.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 264.10 | 264.10 | 264.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 229.68 | 229.68 | 229.68 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 232.97 | 232.97 | 232.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 288.85 | 288.85 | 288.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 254.12 | 254.12 | 254.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 236.84 | 236.84 | 236.84 |
| Other - Radcliffe & DeHaas | 3210-000 | N/A | 45,631.25 | 45,631.25 | 45,631.25 |
| Other - Radcliffe & DeHaas | 3220-000 | N/A | 723.45 | 723.45 | 723.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 237.03 | 237.03 | 237.03 |
| Other - International Sureties, LTD | 2300-000 | N/A | -100.91 | -100.91 | -100.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 186.54 | 186.54 | 186.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 180.06 | 180.06 | 180.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 198.41 | 198.41 | 198.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 191.92 | 191.92 | 191.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.27 | 179.27 | 179.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 197.56 | 197.56 | 197.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 184.91 | 184.91 | 184.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 178.49 | 178.49 | 178.49 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 58.95 | 58.95 | 58.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 202.84 | 202.84 | 202.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.42 | 177.42 | 177.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.14 | 177.14 | 177.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 201.33 | 201.33 | 201.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 176.62 | 176.62 | 176.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 176.38 | 176.38 | 176.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 200.45 | 200.45 | 200.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.85 | 175.85 | 175.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 199.83 | 199.83 | 199.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.38 | 181.38 | 181.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.08 | 175.08 | 175.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 192.94 | 192.94 | 192.94 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 43.24 | 43.24 | 43.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 180.59 | 180.59 | 180.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 192.79 | 192.79 | 192.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 168.45 | 168.45 | 168.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 186.25 | 186.25 | 186.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 167.98 | 167.98 | 167.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 197.71 | 197.71 | 197.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.45 | 179.45 | 179.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.22 | 173.22 | 173.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 196.85 | 196.85 | 196.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 172.70 | 172.70 | 172.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 190.31 | 190.31 | 190.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 178.14 | 178.14 | 178.14 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 51.84 | 51.84 | 51.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 171.95 | 171.95 | 171.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 195.32 | 195.32 | 195.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.46 | 165.46 | 165.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.04 | 177.04 | 177.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 170.89 | 170.89 | 170.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 194.21 | 194.21 | 194.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 170.38 | 170.38 | 170.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 187.75 | 187.75 | 187.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.60 | 181.60 | 181.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.59 | 93.59 | 93.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 110.22 | 110.22 | 110.22 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 49.61 | 49.61 | 49.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$79,865.61** | **$79,865.61** | **$79,865.61** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Donald R. Calaiaro, Esquire | 6210-000 | N/A | 16,664.60 | 16,664.60 | 16,664.60 |
| PENNSYLVANIA DEPARTMENT OF REVENUE (ADMINISTRATIVE) | 6950-000 | N/A | 7,529.10 | 7,529.10 | 7,529.10 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $24,193.70 | $24,193.70 | $24,193.70 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P-4 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 10,716.07 | 0.00 | 0.00 |
| 6 | CITY OF NEW CASTLE | 5800-000 | N/A | 35,157.00 | 0.00 | 0.00 |
| 7 | CITY OF NEW CASTLE | 5800-000 | N/A | 3,111.00 | 0.00 | 0.00 |
| 8 | CITY OF NEW CASTLE | 5800-000 | N/A | 2,247.17 | 0.00 | 0.00 |
| 10P-3 | PENNSYLVANIA DEPARTMENT OF REVENUE | 5800-000 | N/A | 883.81 | 883.81 | 883.81 |
| 17 -2 | Clerk, U.S. Bankruptcy Court - INTERNAL REVENUE SERVICE | 5800-001 | N/A | 3,748.26 | 3,748.26 | 3,748.26 |
| 19 | CITY OF NEW CASTLE | 5800-000 | N/A | 2,247.17 | 2,247.17 | 2,247.17 |
| 20 | CITY OF NEW CASTLE | 5800-000 | N/A | 35,206.07 | 0.00 | 0.00 |
| 21 | CITY OF NEW CASTLE | 5800-000 | 2,247.17 | 3,111.00 | 3,111.00 | 3,111.00 |
| 28 | CITY OF NEW CASTLE | 5800-000 | 34,242.00 | 35,846.07 | 35,846.07 | 35,846.07 |
| 29 -3 | DEPARTMENT OF LABOR AND INDUSTRY - UCTS | 5800-000 | N/A | 1,578.40 | 1,578.40 | 1,578.40 |
| NOTFILED | Lawrence County Treasurer | 5200-000 | 636.86 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence County Tax Claim Bureau | 5200-000 | 252.90 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence County Tax Claim Bureau | 5200-000 | 672.72 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence County Tax Claim Bureau | 5200-000 | 201.04 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence County Tax Claim Bureau | 5200-000 | 1,435.81 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $39,688.50 | $133,852.02 | $47,414.71 | $47,414.71 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NEW CASTLE SANITATION AUTH. | 7100-000 | N/A | 699.87 | 0.00 | 0.00 |
| 2 | PENN POWER | 7100-000 | N/A | 5,485.62 | 0.00 | 0.00 |
| 3 -2 | COLUMBIA GAS OF PENNSYLVANIA | 7100-000 | N/A | 5,426.86 | 0.00 | 0.00 |
| 4U-4 | INTERNAL REVENUE SERVICE | 7300-000 | N/A | 3,353.33 | 0.00 | 0.00 |
| 5 | ROUNDUP FUNDING, LLC | 7100-000 | N/A | 1,066.67 | 0.00 | 0.00 |
| 10U-3 | PENNSYLVANIA DEPARTMENT OF REVENUE | 7300-000 | N/A | 50.70 | 50.70 | 0.00 |
| 11 | NATIONAL RECOVERY COPR. | 7100-000 | 11,000.00 | 15,718.32 | 15,718.32 | 14,579.71 |
| 12 | CRESCENT RECOVERY, LLC | 7100-000 | N/A | 27,676.50 | 0.00 | 0.00 |
| 14 | PENN POWER | 7100-000 | N/A | 5,485.62 | 0.00 | 0.00 |
| 18 | ALL RISKS LTD | 7100-000 | N/A | 3,552.88 | 0.00 | 0.00 |
| 22 | PA AMERICAN WATER | 7100-000 | N/A | 622.63 | 0.00 | 0.00 |
| 23 | PENN POWER | 7100-000 | 5,477.41 | 3,612.64 | 3,612.64 | 3,350.95 |
| 24 | ALL RISKS LTD | 7100-000 | N/A | 3,552.88 | 3,552.88 | 3,295.52 |
| 25 | NEW CASTLE SANITATION AUTH. | 7100-000 | 457.70 | 1,525.58 | 0.00 | 0.00 |
| 26 | PA AMERICAN WATER | 7100-000 | 208.94 | 622.23 | 622.23 | 577.16 |
| 27 | COLUMBIA GAS OF PENNSYLVANIA | 7100-000 | 5,908.16 | 5,426.86 | 5,426.86 | 2,009.98 |
|  | Clerk, U.S. Bankruptcy Court - COLUMBIA GAS OF | 7100-001 | N/A | N/A | N/A | 3,023.77 |
| NOTFILED | Lawrence County Treasurer | 7100-000 | 123.31 | N/A | N/A | 0.00 |
| NOTFILED | All Risks LTD | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence County Tax Claim Bureau | 7100-000 | 18,282.71 | N/A | N/A | 0.00 |
| NOTFILED | Breadworks | 7100-000 | 1,746.79 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence County Tax Claim Bureau | 7100-000 | 221.79 | N/A | N/A | 0.00 |
| NOTFILED | Huntington Bank c/o Law Office of Mitchell N. Kay | 7100-000 | 132.75 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McCurley Electric | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mr. Rooter | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Huntington Bank c/o Law Offices of Mitchell N. Kay | 7100-000 | 366.67 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence County Tax Claim Bureau | 7100-000 | 81.83 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Yellow Pages | 7100-000 | 888.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | City of New Castle c/o Sharp Collections, Inc. | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 919.32 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$53,830.38** | **$83,879.19** | **$28,983.63** | **$26,837.09** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-20088-CMB  
**Case Name:** SHAD HANNA'S EAST, INC.

**Trustee:** (580740) Charles O. Zebley, Jr.  
**Filed (f) or Converted (c):** 10/12/10 (c)  
**§341(a) Meeting Date:** 11/12/10

**Period Ending:** 06/17/21  
**Claims Bar Date:** 05/31/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1046 BUTLER AVENUE, NEW CASTLE, PA | 825,000.00 | 0.00 | | 0.00 | FA |
| 2  CASH ON HAND-CHANGE BOX | 500.00 | 0.00 | | 0.00 | FA |
| 3  CASH ON HAND-PETTY CASH | 200.00 | 0.00 | | 0.00 | FA |
| 4  CASH ON HAND-TWO SEPARATE REGISTERS | 200.00 | 0.00 | | 0.00 | FA |
| 5  FIRST MERIT BANK - GENERAL ACCOUNT | 4,586.74 | 0.00 | | 0.00 | FA |
| 6  FIRST MERIT BANK - PAYROLL | 5,816.08 | 0.00 | | 0.00 | FA |
| 7  HUNTINGTON NATIONAL BANK - GENERAL ACCOUNT | 4,268.18 | 0.00 | | 0.00 | FA |
| 8  BOOKS AND ART OBJECTS | 3,000.00 | 0.00 | | 0.00 | FA |
| 9  UNIFORMS | 3,500.00 | 0.00 | | 0.00 | FA |
| 10  PA LCB LICENSES NO. R4462 | 10,000.00 | 0.00 | | 0.00 | FA |
| 11  2007 TOYOTA CAMRY | 30,000.00 | 0.00 | | 0.00 | FA |
| 12  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 2,000.00 | 0.00 | | 0.00 | FA |
| 13  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 5,000.00 | 0.00 | | 0.00 | FA |
| 14  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 3,000.00 | 0.00 | | 0.00 | FA |
| 15  INVENTORY | 5,000.00 | 0.00 | | 0.00 | FA |
| 16  CLAIM AGAINST DANIEL SOOM & FNB & M&T BANK  (u)   Claim arising from failure of Farmer's Fire to pay insurance loss directly to Trustee. Adversary No. 12-2235 | 0.00 | 140,000.00 | | 238,311.11 | FA |
| **16  Assets  Totals** (Excluding unknown values) | **$902,071.00** | **$140,000.00** | | **$238,311.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reviewing claims in connection woth filing the TFR.  It appears one claim needs to be withdrawn.  Have discussed with claimant's attorney and a stipulation will be filed.  Thereafter, will prepare TFR.

Printed: 06/17/2021 09:18 AM     V.20.29

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-20088-CMB  
**Case Name:** SHAD HANNA'S EAST, INC.

**Trustee:** (580740)  Charles O. Zebley, Jr.  
**Filed (f) or Converted (c):** 10/12/10 (c)  
**§341(a) Meeting Date:** 11/12/10

**Period Ending:** 06/17/21

**Claims Bar Date:** 05/31/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   November 30, 2013    **Current Projected Date Of Final Report (TFR):**    October 30, 2019  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-20088-CMB  
**Case Name:** SHAD HANNA'S EAST, INC.  
**Taxpayer ID #:** **-***7400  
**Period Ending:** 06/17/21  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** Mechanics Bank  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $9,932,890.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/14 | {16} | M&T Bank | Settlement Proceeds from M&T Bank | 1249-000 | 2,500.00 | | 2,500.00 |
| 06/30/14 | {16} | The Farmers Fire Insurance Company | Settlement proceeds | 1249-000 | 10,000.00 | | 12,500.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,490.00 |
| 07/08/14 | {16} | First National Bank of Pennsylvania | Settlement proceeds | 1249-000 | 2,500.00 | | 14,990.00 |
| 07/24/14 | {16} | Travelers | Settlement proceeds | 1249-000 | 223,311.11 | | 238,301.11 |
| 07/28/14 | 101 | Ciena Capital, LLC | Ciena Capital's share of settlement proceeds | 4110-000 | | 60,000.00 | 178,301.11 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.19 | 178,215.92 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 250.66 | 177,965.26 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.04 | 177,692.22 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 264.10 | 177,428.12 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 229.68 | 177,198.44 |
| 12/18/14 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/18/2014 FOR CASE #09-20088, Bond # 016026363 | 2300-000 | | 232.97 | 176,965.47 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 288.85 | 176,676.62 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 254.12 | 176,422.50 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.84 | 176,185.66 |
| 03/06/15 | 103 | Radcliffe & DeHaas | Special Counsel fees per 2/19/15 Order (Doc. No. 397) | 3210-000 | | 45,631.25 | 130,554.41 |
| 03/06/15 | 104 | Radcliffe & DeHaas | Special Counsel costs per 2/19/15 Order (Doc. No. 397) | 3220-000 | | 723.45 | 129,830.96 |
| 03/18/15 | | International Sureties, LTD | Bond Refund | 2300-000 | | -100.91 | 129,931.87 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.03 | 129,694.84 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.54 | 129,508.30 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.06 | 129,328.24 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.41 | 129,129.83 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.92 | 128,937.91 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.27 | 128,758.64 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.56 | 128,561.08 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.91 | 128,376.17 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.49 | 128,197.68 |
| 12/29/15 | 105 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2015 FOR CASE #09-20088, Bond No. 016026363 | 2300-000 | | 58.95 | 128,138.73 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.84 | 127,935.89 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.42 | 127,758.47 |

Subtotals : $238,311.11     $110,552.64

{} Asset reference(s)

Printed: 06/17/2021 09:18 AM    V.20.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-20088-CMB  
**Case Name:** SHAD HANNA'S EAST, INC.  
**Taxpayer ID #:** **-***7400  
**Period Ending:** 06/17/21  

**Trustee:** Charles O. Zebley, Jr. (580740)  
**Bank Name:** Mechanics Bank  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $9,932,890.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.14 | 127,581.33 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.33 | 127,380.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.62 | 127,203.38 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.38 | 127,027.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.45 | 126,826.55 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.85 | 126,650.70 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.83 | 126,450.87 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.38 | 126,269.49 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.08 | 126,094.41 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.94 | 125,901.47 |
| 12/28/16 | 106 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2016 FOR CASE #09-20088, Bond No. 016026363 | 2300-000 | | 43.24 | 125,858.23 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.59 | 125,677.64 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.79 | 125,484.85 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.45 | 125,316.40 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.25 | 125,130.15 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.98 | 124,962.17 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.71 | 124,764.46 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.45 | 124,585.01 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.22 | 124,411.79 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.85 | 124,214.94 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.70 | 124,042.24 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.31 | 123,851.93 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.14 | 123,673.79 |
| 12/21/17 | 107 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/21/2017 FOR CASE #09-20088, Bond No. 016026363 | 2300-000 | | 51.84 | 123,621.95 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.95 | 123,450.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.32 | 123,254.68 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.46 | 123,089.22 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.04 | 122,912.18 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.89 | 122,741.29 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.21 | 122,547.08 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.38 | 122,376.70 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.75 | 122,188.95 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.60 | 122,007.35 |

Subtotals :                        $0.00            $5,751.12

{} Asset reference(s)                             Printed: 06/17/2021 09:18 AM    V.20.29

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-20088-CMB | | Trustee: | Charles O. Zebley, Jr. (580740) |
|---|---|---|---|---|
| Case Name: | SHAD HANNA'S EAST, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8566 - Checking Account |
| Taxpayer ID #: | **-***7400 | | Blanket Bond: | $9,932,890.00  (per case limit) |
| Period Ending: | 06/17/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.59 | 121,913.76 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.22 | 121,803.54 |
| 01/03/19 | 108 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #09-20088, Bond #016026363 | 2300-000 | | 49.61 | 121,753.93 |
| 03/18/20 | 109 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $15,165.56, Trustee Compensation;  Reference: | 2100-000 | | 15,165.56 | 106,588.37 |
| 03/18/20 | 110 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $141.75, Trustee Expenses;  Reference: | 2200-000 | | 141.75 | 106,446.62 |
| 03/18/20 | 111 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 106,153.62 |
| 03/18/20 | 112 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $958.12, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 958.12 | 105,195.50 |
| 03/18/20 | 113 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $6,750.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,750.00 | 98,445.50 |
| 03/18/20 | 114 | Donald R. Calaiaro, Esquire | Dividend paid 100.00% on $16,664.60, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 16,664.60 | 81,780.90 |
| 03/18/20 | 115 | PENNSYLVANIA DEPARTMENT OF REVENUE (ADMINISTRATIVE) | Dividend paid 100.00% on $7,529.10, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: Stopped on 06/23/20 | 6950-000 | | 7,529.10 | 74,251.80 |
| 03/18/20 | 116 | INTERNAL REVENUE SERVICE | Claim No. 4P-4; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped on 06/23/20 | 5800-000 | | 10,716.07 | 63,535.73 |
| 03/18/20 | 117 | PENNSYLVANIA DEPARTMENT OF REVENUE | Claim No. 10P-3; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped on 06/23/20 | 5800-000 | | 883.81 | 62,651.92 |
| 03/18/20 | 118 | INTERNAL REVENUE SERVICE | Claim No. 17 -2; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped on 06/23/20 | 5800-000 | | 3,748.26 | 58,903.66 |
| 03/18/20 | 119 | CITY OF NEW CASTLE | Claim No. 19; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 5800-000 | | 2,247.17 | 56,656.49 |
| 03/18/20 | 120 | CITY OF NEW CASTLE | Claim No. 21; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 5800-000 | | 3,111.00 | 53,545.49 |
| 03/18/20 | 121 | CITY OF NEW CASTLE | Claim No. 28; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 5800-000 | | 35,846.07 | 17,699.42 |

Subtotals :   $0.00   $104,307.93

{} Asset reference(s)   Printed: 06/17/2021 09:18 AM   V.20.29

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-20088-CMB | **Trustee:** Charles O. Zebley, Jr. (580740) |
| **Case Name:** SHAD HANNA'S EAST, INC. | **Bank Name:** Mechanics Bank |
| | **Account:** ******8566 - Checking Account |
| **Taxpayer ID #:** **-***7400 | **Blanket Bond:** $9,932,890.00 (per case limit) |
| **Period Ending:** 06/17/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/18/20 | 122 | DEPARTMENT OF LABOR AND INDUSTRY - UCTS | Claim No. 29 -3; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 5800-000 | | 1,578.40 | 16,121.02 |
| 03/18/20 | 123 | NATIONAL RECOVERY COPR. | Claim No. 11; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 8,758.03 | 7,362.99 |
| 03/18/20 | 124 | PENN POWER | Claim No. 23; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 2,012.91 | 5,350.08 |
| 03/18/20 | 125 | ALL RISKS LTD | Claim No. 24; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 1,979.61 | 3,370.47 |
| 03/18/20 | 126 | PA AMERICAN WATER | Claim No. 26; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 346.70 | 3,023.77 |
| 03/18/20 | 127 | COLUMBIA GAS OF PENNSYLVANIA | Claim No. 27; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped on 06/23/20 | 7100-000 | | 3,023.77 | 0.00 |
| 06/23/20 | 115 | PENNSYLVANIA DEPARTMENT OF REVENUE (ADMINISTRATIVE) | Dividend paid 100.00% on $7,529.10, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7); Reference: Stopped: check issued on 03/18/20 | 6950-000 | | -7,529.10 | 7,529.10 |
| 06/23/20 | 116 | INTERNAL REVENUE SERVICE | Claim No. 4P-4; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped: check issued on 03/18/20 | 5800-000 | | -10,716.07 | 18,245.17 |
| 06/23/20 | 117 | PENNSYLVANIA DEPARTMENT OF REVENUE | Claim No. 10P-3; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped: check issued on 03/18/20 | 5800-000 | | -883.81 | 19,128.98 |
| 06/23/20 | 118 | INTERNAL REVENUE SERVICE | Claim No. 17 -2; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped: check issued on 03/18/20 | 5800-000 | | -3,748.26 | 22,877.24 |
| 06/23/20 | 127 | COLUMBIA GAS OF PENNSYLVANIA | Claim No. 27; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped: check issued on 03/18/20 | 7100-000 | | -3,023.77 | 25,901.01 |
| 06/23/20 | 128 | PENNSYLVANIA DEPARTMENT OF REVENUE (ADMINISTRATIVE) | Dividend paid 100.00% on $7,529.10, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7); Reference: | 6950-000 | | 7,529.10 | 18,371.91 |
| 06/23/20 | 129 | INTERNAL REVENUE SERVICE | Claim No. 4P-4; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Voided on 09/22/20 | 5800-000 | | 10,716.07 | 7,655.84 |
| 06/23/20 | 130 | PENNSYLVANIA DEPARTMENT OF REVENUE | Claim No. 10P-3; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 5800-000 | | 883.81 | 6,772.03 |
| 06/23/20 | 131 | INTERNAL REVENUE SERVICE | Claim No. 17 -2; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 5800-000 | | 3,748.26 | 3,023.77 |

Subtotals :   $0.00   $14,675.65

{} Asset reference(s)   Printed: 06/17/2021 09:18 AM   V.20.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-20088-CMB | Trustee: | Charles O. Zebley, Jr. (580740) |
| --- | --- | --- | --- |
| Case Name: | SHAD HANNA'S EAST, INC. | Bank Name: | Mechanics Bank |
| | | Account: | ******8566 - Checking Account |
| Taxpayer ID #: | **-***7400 | Blanket Bond: | $9,932,890.00  (per case limit) |
| Period Ending: | 06/17/21 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Stopped on 09/22/20 | | | | |
| 07/01/20 | 132 | Clerk, U.S. Bankruptcy Court | Unclaimed Funds | 7100-001 | | 3,023.77 | 0.00 |
| 09/22/20 | 129 | INTERNAL REVENUE SERVICE | Claim No. 4P-4; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Voided: check issued on 06/23/20 | 5800-000 | | -10,716.07 | 10,716.07 |
| 09/22/20 | 131 | INTERNAL REVENUE SERVICE | Claim No. 17 -2; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed Stopped: check issued on 06/23/20 | 5800-000 | | -3,748.26 | 14,464.33 |
| 09/24/20 | 133 | Clerk, U.S. Bankruptcy Court | Unclaimed funds | 5800-001 | | 3,748.26 | 10,716.07 |
| 12/09/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 10,716.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 238,311.11 | 238,311.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,716.07 | |
| | | | **Subtotal** | | 238,311.11 | 227,595.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$238,311.11** | **$227,595.04** | |

{} Asset reference(s)

Printed: 06/17/2021 09:18 AM    V.20.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 09-20088-CMB | | Trustee: | Charles O. Zebley, Jr. (580740) |
|---|---|---|---|---|
| Case Name: | SHAD HANNA'S EAST, INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******3681 - Checking Account |
| Taxpayer ID #: | **-***7400 | | Blanket Bond: | $9,932,890.00  (per case limit) |
| Period Ending: | 06/17/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/09/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 10,716.07 | | 10,716.07 |
| 03/17/21 | 10134 | NATIONAL RECOVERY COPR. | Claim No. 11; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 5,821.68 | 4,894.39 |
| 03/17/21 | 10135 | PENN POWER | Claim No. 23; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 1,338.04 | 3,556.35 |
| 03/17/21 | 10136 | ALL RISKS LTD | Claim No. 24; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 1,315.91 | 2,240.44 |
| 03/17/21 | 10137 | PA AMERICAN WATER | Claim No. 26; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 230.46 | 2,009.98 |
| 03/17/21 | 10138 | COLUMBIA GAS OF PENNSYLVANIA | Claim No. 27; Your Account/Ref # ;  Dividend paid on the Claim Amount Allowed | 7100-000 | | 2,009.98 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,716.07 | 10,716.07 | $0.00 |
| | | | Less: Bank Transfers | | 10,716.07 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,716.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,716.07 | |

Net Receipts :  238,311.11

Net Estate :  $238,311.11

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8566** | 238,311.11 | 227,595.04 | 0.00 |
| **Checking # ******3681** | 0.00 | 10,716.07 | 0.00 |
| | $238,311.11 | $238,311.11 | $0.00 |

{} Asset reference(s)

Printed: 06/17/2021 09:18 AM     V.20.29